

**RECEIVED**

JAN 14 2008 *aew*
Jan 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MR. Michael Young
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

L. Williams
MR. Cintron
MR. Wizon
MR. Dominguez
Ms. Martinez
Ms. Harms

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV302**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

◆_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   Plaintiff(s):

Revised: 7/20/05

Pg. 1 of 9

A.   Name: ___Mr. Michael Young___

B.   List all aliases: ___Longstreet (MARK Young)___

C.   Prisoner identification number: ___20070004908___

D.   Place of present confinement: ___Cook County Jail___

E.   Address: ___2700 S. California Ave, Division 10, Chicago, Ill. 60608___

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: ___L. Williams #5739___

Title: ___Cook County Jail Officer___

Place of Employment: ___2700 S. California Ave, Chicago, Ill. 60608___

B.   Defendant: ___Mr. Cintron___

Title: ___Cook County Jail Sergeant___

Place of Employment: ___2700 S. California Ave., Chicago, Ill. 60608___

C.   Defendant: ___Mr. Wizon___

Title: ___Cook County Jail Sergeant___

Place of Employment: ___2700 S. California Ave., Chicago, Ill. 60608___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg. 2 of 9                                     Revised: 7/20/05

E. Defendant: Mr. Dominguez # 143

    Title : Cook County Jail Lieutenant

    Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608


F. Defendant: Ms. Martinez # 178

    Title : Cook County Jail Lieutenant

    Place of Employment: 2700 s. California Ave., Chicago, Illinois 60608


G. Defendant: Ms. Harms # 8113

    Title : Cook County Jail Officer

    Place of Employment: 2700 s. California Ave., Chicago, Ill. 60608

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (●)    NO ( )    If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES ●    NO ( )

C.   If your answer is **YES**:

1.   What steps did you take?

I wrote out A grievance dated August 15, 2007, and gave it to the Division 10 social worker Ms. L. Butler who Assigned it A control Number 2007X1664

2.   What was the result?

The matter was Referred to the internal Affairs who opened An investigation under No. 0700330. And my Rights that was violated was Not Remedied.

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.   If your answer is NO, explain why not:

_____

_____

_____

Revised:  7/20/05

E.    Is the grievance procedure now completed?   YES ☑ NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?

    _____

    _____

    _____

    2.    What was the result?

    _____

    _____

    _____

H.    If your answer is NO, explain why not:

    _____

    _____

    _____

Revised:   7/20/05

IV.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: _____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.    List all defendants: _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

G.    Basic claim made: _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I.    Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Pg. 6 of 9                    Revised:  7/20/05

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count (1)

On July 28, 2007, Defendant L. Williams, MR. Cintron, MR. Wizon, And MR. Dominguez, did, on this day, while acting under color of state Law in their individual capacity as Employees of Cook County Department of Corrections, did, on this day, conspired to violate Plaintiff MR. Michael Young fourth Amendment Constitutional Rights to be secured in his person against unreasonable use of force when these defendants shook the Plaintiff cell down with the use of the Employees ~~clip~~ disguised as Emergency Response Team (E.R.T.) to confiscate and destroy Plaintiff criminal court documents, Pictures and Letters to Provoke Plaintiff into a physical Altercation Resulting in these defendants And with the use of the Emergency Response Team using OAK sticks, Helmets, shields, Leather Gloves and MACE to Beat the Plaintiff up while defendant Ms. Harms held the video camera who deliberately turned the camera Away from the fight so that it would not be Recorded the Beating that Plaintiff and other Pre-trial detainees Received during the Physical Altercation. Plaintiff was struck with sticks and stumped and sprayed with MACE.

6

Revised:  7/20/05

Pg. 7 of 9

Count (2)

On Aug 28, 2007, Defendant L. Williams And Defendant Ms. Martinez, did, on this day, while Acting Under color of state Law As Cook County Department of Corrections Employees in their individual capacity, did, on this day, conspired to cover up the Physical Altercation that took Place with Plaintiff MR. Michael Young when they Fabricated A disciplinary Report Alleging the Plaintiff Refused to Lock-up in order to give justification to Defendants MR. Cintron, MR. Wizon, And MR. Dominguez and the Emergency Response Team to Beat Plaintiff up and discipline him by giving him 30-days in disciplinary confinement without Any Evidence to support the Finding, in violation of Plaintiff Fourteenth Amendment Right to Procedural DUE Process,

VI.    Relief:

Pg. 8 of 9

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demand A Jury/Trial

2.) Plaintiff Demand $100,000⁰⁰ in punitive Damages

3.) Plaintiff Demand $200⁰⁰ a day for each day served in Disciplinary Confinement.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __December__, 20 __07__

_Michael Young_
(Signature of plaintiff or plaintiffs)

__MR. Michael Young__
(Print name)

__20070004908__
(I.D. Number)

__Cook County Jail /Division 10__
__2700 S. California Ave., Chicago, Illi 62608__

(Address)

Pg. 9 of 9

Revised: 7/20/05