

PRISONER CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**FILED**
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | MICHAEL YOUNG | **Defendant(s):** | L. WILLIAMS, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Michael Young<br>#2007-0004908<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:** | |

**08CV302**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A.E. Woodham   **Date:** 01/14/2008

Kendall  08C200
Denlow