United States District Court
Northern District of Illinois
Eastern Division

Mr. Michael Young
Vs.
L. Williams, Et.Al

FILED
APR - 7 2008
APR 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff
No. 08C0302
Defendants

## Motion To Amend

Come Now, The Plaintiff, Mr. Michael Young, Pro Se Bring on for Hearing and Consideration his Motion to Amend his 1983 Complaint Form in the above Cause Number. To Wit:

1) Co-1 Villareal Div.10, Clothing Officer on 7:00 am til 3:00 pm used unreasonable and un-necessary use of force as a Correctional Co-1, by knocking and Punching me in the Face and Body when on or About July 28, 2007 at Approx. 11:15 am Location Div.10; 2-B.

2) Mr. Thomas Dart. Was at all the time Responsible for his Correctional Officers under the color of Law, in their official Capacity to asure that they Act Professional at all time.

3) The Plaintiff is attaching Exhibits A to I.

2.

STATE OF ILLINOIS )  UNITED STATES DISTRICT COURT
                  )  NORTHERN DISTRICT OF ILLINOIS
COUNTY OF COOK    )       EASTERN DIVISION

08-C-0302
Case number

## AFFIDAVIT

I, Mr. Michael Young, depose and state under oath pursuant to the penalties as prescribed pursuant to chapter 735 ILCS 5/1-109 that the following facts and circumstances are true and correct and made upon personal knowledge and belief and if called as a witness on my behalf. I would state the following below:

1) On July 28, 2007, at approximately 11:15 A.M., in division ten in living unit 2-D, I asked to see a sergeant or Lieutenant because when I came back up from the gym to my cell the emergency response team(E.R.T.) of officer's had did a shake down and all of my legal paper's were thrown all over the cell and were mixed up in other detainee cells.

2) After putting all of my things back in place my legal paper's on my criminal case were missing, along with pictures and mail. I have a high profile case. The Unit officer L. Williams#5739 called for the sergeant. When sergeant Lozon came up I told him what had happened. And he told me that he knew what had happened and that it was wrong and said he would be back with the lieutenant.

3) However, when he came back he came back with Lieutenant Dominguez#143, the Emergency response team(E.R.T.) and they came in the Unit spraying mace and beating me and other detainees up. They beat up James Leak#20030028526, Akbar Marks#20070033463, Michael Davis #20060030780, Darius McDonald#20060074127, and other officer's dressed in emergency response team uniforms and beat me and other detainees up that was on our medical wing. And we were all on psychotropic medication and some of us are disable like myself. We were beat into submission which required medical treatment.

4) I was told to get down on the and then while I was down on the ground I was beat and kicked and stumped even after I was in handcuffs.

5) So I wrote up a grievance dated August 15, 2007, and I gave it to a social worker name Ms. V..Butler and she assigned it a control number of #2007X1664. The grievance was referred to the internal affairs who referred the grievance issue and investigation number#0700330. The grievance committee who referred the grievance to the internal affairs were internal affairs investigator Ms. Miriam Rentas, Division Ten superintendant Mr.C. Plaxico#14 and the program services Administrator or assistant administrator J.Mucke and the appeal board chairman R. Carrell stated that the incident was referred to the internal affairs and that any inquiries or requests regarding this matter must be directed to the investigator Mr.Kerlin. And the appeal board refused to accept my grievacne without any reason why.

6) I was wrote a fabricated disciplinary report by officer Williams#5739 alleging I refuse to lock up and invited the officers into a fight alleging I said," Do what you have to do. bring the fucking team we aint locking up"; thus, giving the officers justifications to use force to force us to lock up. And the fact is I was in the shower when I was locked out my cell when the officers started locking up cells. And I was found guilty and sentenced to serve 30-days in disciplinary confinement by lieutinant Martinez#178.

7) I was forced to have to defend myself against the officers wearing rioting gear such as helmets, shields, Oak sticks and mace. And at the time of this incident I was on a medical dect and have a severe knee injury to the right knee and I wear a medical knee brace to stabielize my right knee. Which include a patellartendon rupture as well as ligamentous disruption which had been complicated bypost-operation wound infections. This had left my knee with etremely limited function. And I am still at the stage of my recovery. Which will be fairly prolonged and there is a significant likelihood that until I receive the knee replacement through the additional surgery my knee will not function and I will always be in constant pain. So additional surgery is ultimately necessary at this point.

Pg 1 of 2    Exhibit - A

8) So at the time I was attacked my knee was in a knee brace to help me in my rehabilitation. The knee brace is a knee joint stabilizer. So I was handicap and already suffering from a leg injury. I have even been given the wrong pain medication.

9) I also wrote a grievance dated August 28,2007, and gave it to the division 10 social worker Ms. V. Butler August 29,2007. She gave the grievance a control number of 2007X1774. The grievance committee was Ms. Miriam Rentas from the internal affairs, Captain Arce#62 from division 10 and the program service administrator or assistant administrator J. Mueller who said that the internal affairs had opened an investigation under No.#0700330. And they referred to grievance No.#2007X1664 as stated herein.

10) The officers beat me up and never replaced any of my legal court documents from my high profiled criminal case and caused me to loose all of my legal documents when they beat me up and forced me to disciplinary segregation without allowing me to pack my property. And now all of my legal documents on my case are missing. And the issue about my legal documents being missing during the shake down was never addressed and I was beat up.

11) I am alleging that my right to be secured in my person as a pre-trial detainee was violated under the fourth amendment of the United States constitution and my first amendment and fourteenth amendment right to redress the government in a grievance was violated.

12) On January 28,2008, Sergeant Cintron, the superintendent Mr. Dennis Andrews, Captain Martinez came on living unit 2-C while I was in the shower. And sergeant Cintron threw an empty bottle at me trying to hit me in the face and when I knocked the bottle out the air he said, "Nice Catch".And this sergeant is one of the defendants in my civil rights 1983 complaint from the incident where I was beat up.

13) The superintendent Mr.Andrews saw what took place and never said anything. But said that if I don't slow down he was going to have me sent to another county for being a trouble maker. So he was threatening me for not complying with the sergeant horse play as if to say I should have let the sergeant hit me in the face with the empty plastic bottle.

RESPECTFULLY SUBMITTED

*Michael Young*
AFFIANT

Mr.Michael Young#20070004908
Cook County Jail
Division 10
P.O.Box 089002
Chicago, Illinois 60608

Pg 2 of 2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS     )
                          PALINTIFF,     )
                                )
            VS.                     )    Case no.   07-CR-4186
                                )
Mr. Michael Young                 )
                     DEFENDANT.     )

## MOTION FOR A PROTECTIVE COURT ORDER

     Now come the defendant, Mr. Michael Young, acting Pro-Se and moving this court for an order granting the defendant a protective court order against the sheriff and cook county department of corrections. And in support of this motion the defendant states the following below:

     1) The defendant is being subjected to on-going harassment by the sheriff deputies in the cook county department of correction and the cook county department of corrections personnel.

     2) The defendant is also being denied medical treatment by the cook county jail medical personnel. And the defendant has reason to believe that his harassment is due to the nature of his case. Which involve mexican people.

     3) The defendant has told his court appointed counsel about the harassment during a recent visit and was told by his counsel to sign himself into protective custody. And going to protective custody will not solve the problem because the deputy officer's work throughout the cook county jail and going to protective custody will not protect him from the on-going harassment.

     4) The denial of medical treatment has resulted in the defendant filing a law suite in the United States District Court for the Northern District of Illinois in down town chicago. The case was assigned a case number by district Judge Ms.Virginia M. Kendall under case No.#08-C-0200 and 08-C-0302. The incident involving the officer jumping on the defendant is also under investigation by the internal affairs under case No#07003330. The officer's are denying the defendant access to the law Library because every time the defendant put in a request to attend the Law Library the officer's throw the slip's away. Which is hindering the defendant from doing legal research. And addressing other things that pertain to his case and other pending legal issues involving his daughter.

     5) Defendant support this motion with copies of exhibits from his pending law suites. Which are medical record's and affidavit explaining the nature of the problems with the jail employees.

                                                              RESPECTFULLY SUBMITTED

                                                              */s/ Michael Young*
                                                              DEFENDANT
                                                              Mr.Michael Young#20070004908
                                                              Cook County Jail
                                                              Division Ten
                                                              P.O.Box 089002
                                                             Chicago, Illinois 60608



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

March 21, 2008

Mr. Michael Young, #20070004908
Cook County Jail
Division 10
PO Box 089002
Chicago, IL 60608

Dear Mr. Young:

    I am in receipt of your letter to Attorney General Lisa Madigan in which you ask for help with conditions at the Cook County Jail. I have forwarded to your letter to the Illinois Department of Corrections' Office of Jail and Detention Standards. You may address any further correspondence to them at 100 West Randolph, Suite 4-200, Chicago, Illinois 60601.

                                         Sincerely,

                                         Christopher L. Higgerson
                                         Unit Supervisor
                                         General Law Bureau

CLH/lma
cc:    Office of Jail and Detention Standards

*Page 2 of 3*

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

## MEMORANDUM

January 30, 2008

To. Mr. Thomas J. Dart
    Sheriff Office
    Richard J. Daley Center
    50 W. Washington Street/Suite 704
    Chicago, Illinois 60602
    (312)603-4444

Mr. Salvador A. Godinez
Executive Director
Cook County Depart. Of Corrections
2700 S. California Ave.
Chicago, Illinois 60608

Mr. Kenlin
OFFICE OF PROFESSIONAL REVIEW
Internal Affairs Investigator
3026 S. California Ave.
Chicago, Illinois 60608
(773)869-7580
Case File No.#0700330

From. Mr. Michael Young #20070004908
      Cook County Jail
      Division 10
      P.O.Box 089002
      Chicago, Illinois 60608

Subject. Denial Of Medical Treatment
         Sneaky Shake Down Practice

      On January 11, 2008, the division ten social worker name Mr. J. Morales came to my cell and gave me a copy of my grievance and the answer to the grievance appeal. (control No. 2007X2550) The response on the appeal was that my shoes were to be returned to me. So when the social worker Mr. Morales told me not to write up any more grievances about my shoes. I still did not receive my shoes.
      On January 15, 2008, while I was at the gym for recreation my legal paper's were searched and I have reason to believe that my cell was searched, even though nothing was takened. However, I do have reason to believe that an unidentified officer went into my cell searching through my paper's and photocopied some of my legal document's and left a copy of an affidavit I wrote up that I had never photocopied. Which gave me the indication that someone had been going through my legal papers and had made copies of my documents pertaining to the incident involving officer's jumping on me July 28, 2007. (control No. 2007X1664)
      On January 16, 2008, the internal affairs investigator name Mr. Kerlin from the office of professional review came to visit me in division ten in Intake. When I arrived at Intake the Investigator showed me some pictures of various officer's and asked me to pick the officer's I believed had something to do with jumping on me. I picked a dozen officer's. But the investigator only documented three(3) of the officer's that I had picked. And then wanted me to sign some paper's. But when I refused to sign the paper and told him that I'll need to consult with my attorney first. The Investigator told me that I did not have to sign the paper because I had already submitted an affidavit.
      As I was writing this memorandum letter I realized that I had not submitted an affidavit to the internal affairs about the incident. And I began to search through my documents and came across the affidavit that I had plans on circulating with a 1983 Civil Rights Complaint. And found an additional copy of the affidavit in my records and I had never made any copies of this particular document to give to the internal affairs. And thats when I came to the conclusion that some one had been in my cell going through my legal papers while I was at recreation and photocopied my documents and gave the copy to the internal affairs and they came to see me the next day.

Page 1 Of 2

Exhibit-B

     On January 17, 2008, I was called to Cermak Health Care Services to do a T.B. chest X-ray. While waiting in division ten Intake to be escorted to cermak for the X-ray I saw the social worker Mr. Morales who told me that lieutenant Tucker#92 was going to come talk to me about my shoes. On January 18, 2008, Lieutenant Tucker#92 came on the unit 2-C in division ten and I attempted to get his attention and he ignored me. So as Lieutenant Tucker got ready to leave the unit inmate Longstreet #20070044202 tried to help get the lieutenant attention by kicking the door a couple times to get the Lieutenant to come to our cell. When the lieutenant came to our cell and asked who kicked the door Mr. Longstreet,Sr., told the lieutenant that he was the one who done it and was about to tell the lieutenant that he was the one who kicked the door. But before he could explain to the lieutenant why he did what he did. The Lieutenant said something smart. He told Longstreet that if he kick the door again he would have his crew come up and shake our cell down as to say that it would be for the purpose of harassment and in retaliation for kicking the door.

     I then attempted to inform lieutenant Tucker#92 that I needed to talk to him about my shoes. Mr.Tucker told me that if I don't have a white girl without no teeth to suck his dick he don't want to talk to me. And he walked off. So I wrote this letter. I want an investigation into this matter because I am being denied medical treatment. And I need my shoes back. My shoes were taken from me by Captain Martinez and they have not been returned to me. The social worker Mr.J. Morales never have any grievances nor request slips nor commissary complaint forms and he never come around to see if we need anything and I still have not received my shoes.

                                                          RESPECTFULLY SUBMITTED

                                                          *Michael Young*
                                                          Pre-Trial Detainee

Part-A / Control #: 2007 X 1774

Referred To: I.A.D.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Young    First Name: Micheal

ID #: 2007-0004900    Div.: 10    Living Unit: AC    Date: 28/AUG/07

BRIEF SUMMARY OF THE COMPLAINT: This grievance is to address the constitutional Deprivation that my self and other pretrial Detainees are experiencing here at Cook County Jail. We are suppose to be issued a copy of the Rules and Regulations upon entry, but we are not. There aren't even copies available in the law library nor are they posted anywhere in plain sight on any of the tiers. A correctional officer will write a Disciplinary ticket for failure to follow a direct order or refusing to lockup when I don't even know what the rules are governing such things if there any at all. I was beaten severely and maced for breaking a rule the officer says exist. Because of this I fear retribution from the officers not only in Division ten but Cook County Jail as well.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That I be removed from this facility and placed at another

ACTION THAT YOU ARE REQUESTING:

facility.

DETAINEE SIGNATURE: Michael Young

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 8/29/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit - C

Part – B / Control # 2007 X 1774

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Young   **First Name:** Micheal   **ID#:** 2007-0004908

**Is This Grievance An Emergency?** YES ☐   NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges physical abuse by E.R.T.

**C.R.W. Referred Griev. To:** I.A.D.   **Date Referred:** 8/29/07

**Response Statement:** IAD opened case file #0700330 see grievance #2007-1664. This case already [illegible]

Dr. Mirian Rentas D/C [signature]   **Date:** 9/17/07   **Div./Dept.** IAD
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt. Arce [signature]   **Date:** 7/12/07   **Div./Dept.** 10
(print - name of Supt./ Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Muell [signature]   **Date:** 9/17/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 9/17/07   **Detainee Signature:** Micheal Young

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

**Appeal Board's Acceptance Of Detainee's Request:** YES ☐   NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** _____

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___   **Detainee Signature:** _____

**GRIEVANCE CODE(S):** (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit D

Part-A / Control #: 2007 X 1664
Referred To: I.A.D.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Young　　　First Name: Michael
ID #: 2007-0004908　Div.: 10　Living Unit: 2-C　Date: 8/15/07

BRIEF SUMMARY OF THE COMPLAINT: On July 28, 2007 Noon 11:45 A.m. in Div 2-D I Asked for see a Sgt. or Lt. because when I came back up from the gym to my cell the ERT team he Dr. a police officer was putting my things back in order my toothpaste was on my floor so I say I will go call for the Sgt. when Sgt. Layton came up I told him what happen he told me to know because it was wrong and so he going to be back with the Lt. when he came back he came with Lt. Dominguez the ERT team and they came in spraying mace and beating on detainees I was told to get down as I was beat on side and also punch & I was beaten on the back of the Sgt. & an ERT my face was kicked my back was kicked my legs & arms an one kicked and beaten me even after I was cuffed up!

Officer Mr. Thomas 33/4 Michael Dr. Jenkins 30 the Dr. in M Donald 30 Dennis 1722 n #120
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
That there be charges on all of the supervisor ___ ___
support an the I.A. to get into it

DETAINEE SIGNATURE: Michael Young

C.R.W.'S SIGNATURE: V. Butler　　DATE C.R.W. RECEIVED: 8/15/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit 1E

F

2034

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information                                                                 04POPA01DS

| SECTION I   DISCIPLINE REPORT | Division: 10 | Date of Infraction: 28 /July/ 07 |
|---|---|---|
| Detainee's Name: YOUNG, MICHAEL | ID# 2007-0004908 | Date of Birth: 4/19/64 |
| Detainee's Living Unit: 3416 | Place of Incident: 2D DAYROOM | Time: 11 : 15 HRS |
| ☐ Category I | ☐ Category II | ☒ Category III | ☐ Category IV | ☐ Category V | ☒ Category VI |

Description of Charge(s) & Code(s): 301 - REFUSE TO LOCK UP, 505 REFUSE VERBAL ORDER FROM STAFF, 405 PARTICIPATE IN RIOT, 108 - INTIMIDATION THREAT BY WORDS AND BEHAVIORS.

| Detainee Injuries: ☒ Yes ☐ No | Medical Attention: ☒ Yes ☐ No | Name(s): YOUNG, MICHAEL |
| Staff Injuries: ☐ Yes ☒ No | Medical Attention: ☐ Yes ☒ No | Name(s): SGT CARBONE, J #4109 |
| Victim Report: ☐ Yes ☒ No | | Reported to Internal Investigations: ☒ Yes ☐ No |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):
N/A

Description of Incident:
ON THE ABOVE DATE AT APPROXIMATELY 1115 HRS DETAINEE YOUNG, MICHAEL 2007-0004908 REFUSED TO LOCK UP. C/O WILLIAMS, L #7159 NOTIFIED SGT CINTRON THAT GD REFUSED TO LOCK UP AFTER INFORMATION DUE TO THE SHAKE DOWN ON TIER. DETAINEE YOUNG REFUSED STAFF ORDERS FROM SGT. CINTRON, SGT WIZON, AND LT. DUNNING C/O TO LOCK UP AND STATED "DO WHAT YOU HAVE TO DO BRING YOUR FUCKING TEAM WE AINT LOCKING UP."

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: |
|---|---|
| LT ARNOLD 8535 | 28/Jul/07    15:50 HRS |

Detainee's Signature: [signed]

Reporting Employee / Signature & Star #:                 CCDOC Personnel Who Witnessed Infraction:

Part – B / Control #: 2007 X 1664

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Last Name: **Young**    First Name: **Michael**    ID#: **2007-0004908**

Is Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: **Detainee alleges physical abuse by E.R.T.**

C.R.W. Referred Griev. To: **I.A.D.**    Date Referred: **8/15/07**

Response Statement: **Case file #0700330 was open, investigator will contact detainee.**

---

**D/C Miriam Rentas** — [signature]    Date: **8/14/07**    Div./Dept. **IAD**
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

**Supt. C. Playrco #14** — [signature]    Date: **8/21/07**    Div./Dept. **10**
(print- name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

**J. Mueller** — [signature]    Date: **8/17/07**
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: **8/20/07**    Detainee Signature: **Michael Young**

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal:

* see previous attachment *

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Case file 0700330 is currently pending. Detainee should direct all future inquiries/requests regarding this matter to Investigator Kerlin.

Appeal Board's Signatures / Dates:

**R. Carrell**    **J. Mueller  09/21/07**

Date Detainee Rec.'d the Appl. Bd.'s Response: **9/26/07**    Detainee Signature: **M. Young**

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION SUPT. OFFICE)

Exhibit - G

**DETAINEE COPY**

Part-A / Control #: ___X___
Referred To: Supt. Div. 10
☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Young          First Name: Michael (has)

ID #: 2007-0004708   Div.: 10   Living Unit: 2-C   Date: 2/27/08

BRIEF SUMMARY OF THE COMPLAINT: On 2/27/08 at approximately 1:30pm while housed in Div. 10, 2-C cell #18, CO-1 Shaw ordered me to pack my personal property because I was moving, orders of Sgt. Helms. Thereafter packing I went to the center lock of 2-C and was ordered by Sgt. Helms to set my personal property on the ground and step back. Thereafter Sgt. Helms checked my personal property and sent me back to cell #18 of 2-C the cell that I come from. This is a form of harrassment by Sgt. Helms where I wasn't having this problem until I submitted a law suit on correctional officials here in Div. 10 for unnecessary use of force against me in 2-N of Div. 10.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
2-C Boss on last shift detainees on 2-C

ACTION THAT YOU ARE REQUESTING:
(1)That Sgt. Helms and officials stop their harrassment against me.

DETAINEE SIGNATURE: Michael Young

C.R.W.'S SIGNATURE: [signature]          DATE C.R.W. RECEIVED: 03/10/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit-H

"CERTIFICATE OF SERVICE"

PRISONER CORRESPONDANT
THE CLERK OFFICE
219 South Dearborn St
Chicago Illinois 60604

April 1, 08

Michael Young 2007004908
Mr. Michael Young #2007004908
P.O. Box 089002
Chicago Illinois 60608.

Exhibit-J

United States District Court
Northern District of Illinois
Eastern Division

Mr. Michael Young                              Plaintiff
     vs.                                       No. 08 C 0302
L. Williams, Et. Al.                           Defendant(s)


## Motion To Amend


April 1, 08

Michael Young 2007004908
Mr. Michael Young #2007-004908
P.O. Box 089002
Chicago Illinois 60608

1.