**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

CA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael Young | 08C302  08c302 |
| DEFENDANT | TYPE OF PROCESS |
| L. Williams, et al. | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. Wizon, Cook County Jail Sergeant

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C.C.J. C/O Legal Dept. 2700 S. California Ave., 2nd. Flr. Div.5, Chicago IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Young, #2007-0004908
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**

MAY 13 2008  PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 02-22-08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 of 6 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk TD | Date 02-21-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 5/08/08  Time 11:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One Service fee charged same case + location see process sheet #1 for charges
Unable to locate Mr. Wizon at Cook County
1-0 USM  16-miles
2-Hours

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

_____
(DISTRICT)

## Waiver of Service of Summons

TO: <u>Michael Young</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Mr. Wizon, Sergeant</u> acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of <u>Michael Young vs. L. Williams, et al.</u>
(CAPTION OF ACTION)

which is case number <u>08C302</u> in the United States District Court for the
(DOCKET NUMBER)

<u>Northern District of Illinois</u>
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>February 22, 2008</u>
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____     _____
DATE                                              SIGNATURE

Printed/Typed Name: _____

As _____ of _____
      TITLE                                        CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Michael Young

**CASE NUMBER:** 08 cv 302

vs.

**JUDGE:** Kendall

L. Williams, et al

Defendant

**TO:** Mr. Wizon

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name   Michael Young- #2007-0004908
Address:　Cook County Jail, P.O. Box 089002
City:　　Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: _Marian Cowan_
　　 Deputy Clerk

Dated: 2/21/08

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                              Signature of Server

                                          _____
                                          Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### CONSENT TO EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

V.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____      _____
Date                          Signature

Note: Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 302 | DATE | February 20, 2008 |
| CASE TITLE | Michael Young (#2007-0004908) v. L. Williams, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court authorizes Cook County Jail officials to deduct $19.00 from Plaintiff's account. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608. The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■ [For further details see text below.]     Docketing to mail notices.

**STATEMENT**

Plaintiff is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $19.00. The supervisor of inmate trust accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred from the Jail to a state correctional facility.

*[Stamp: TRUE COPY - ATTEST / MICHAEL W. DOBBINS, CLERK / [signature] / DEPUTY CLERK / DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS / 2/21/08]*

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 2

## STATEMENT

    The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

    Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

___Mr. Michael Young___

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

___L. Williams___

___Mr. Cintron___

___Mr. Wizon___

___Mr. Dominguez___

___Ms. Martinez___

___Ms. Harms___

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: **08 C 0302**
(To be supplied by the <u>Clerk of this Court</u>)

**JUDGE KENDALL**

**MAGISTRATE JUDGE DENLOW**

CHECK ONE ONLY:

◆ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

Revised: 7/20/05

Pg. 1 of 9

A. Name: Mr. Michael Young

B. List all aliases: Longstreet (MARK Young)

C. Prisoner identification number: 20070004908

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave, Division 10, Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: L. Williams #5739

Title: Cook County Jail Officer

Place of Employment: 2700 S. California Ave, Chicago, Ill. 60608

B. Defendant: Mr. Cintron

Title: Cook County Jail Sergeant

Place of Employment: 2700 S. California Ave., Chicago, Ill. 60608

C. Defendant: Mr. Wizon

Title: Cook County Jail Sergeant

Place of Employment: 2700 S. California Ave., Chicago, Ill. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg. 2 of 9

Revised: 7/20/05

E. Defendant: Mr. Dominguez #143
   Title: Cook County Jail Lieutenant
   Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

F. Defendant: Ms. Martinez #178
   Title: Cook County Jail Lieutenant
   Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

G. Defendant: Ms. Harms #8113
   Title: Cook County Jail Officer
   Place of Employment: 2700 S. California Ave., Chicago, Ill. 60608

Pg. 3 of 9

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

   YES (●)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

   YES (●)   NO ( )

C. If your answer is YES:

   1. What steps did you take?
   I wRote out A gRievance dAted August 15, 2007 and gave it to the Division 10 social WoRkeR Ms. L. ButleR who Assigned it A contRol NumbeR 2007X1664

   2. What was the result?
   The matteR wAs RefeRRed to the inteRnAl AffAiRs who opened An investigAtion undeR No. 0700330. And my Rights that wAs violated wAs Not Remedied.

   3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   _____
   _____
   _____

D. If your answer is NO, explain why not:
   _____
   _____
   _____

Pg. 4 of 9                                    Revised: 7/20/05

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

1. What steps did you take?

_____
_____
_____

2. What was the result?

_____
_____
_____

H. If your answer is NO, explain why not:

_____
_____
_____

pg. 5 of 9

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Pg. 6 of 9

Revised: 7/20/05

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count (1)

On July 28, 2007, Defendant L. Williams, Mr. Cintron, Mr. Wizon, and Mr. Dominguez, did, on this day, while acting under color of state law in their individual capacity as Employees of Cook County Department of Corrections, did, on this day, conspired to violate Plaintiff Mr. Michael Young Fourth Amendment Constitutional Rights to be secured in his person against unreasonable use of force when these defendants shook the Plaintiff cell down with the use of the Employees disguised as Emergency Response Team (E.R.T.) to confiscate and destroy Plaintiff criminal court documents, pictures and letters to provoke Plaintiff into a physical altercation resulting in these defendants and with the use of the Emergency Response Team using oak sticks, Helmets, shields, leather gloves and mace to beat the Plaintiff up while defendant Ms. Harms held the video camera who deliberately turned the camera away from the fight so that it would not be recorded the beating that Plaintiff and other pre-trial detainees received during the physical altercation. Plaintiff was struck with sticks and stumped and sprayed with mace.

6

Revised: 7/20/05

B. 7 of 9

Count (2)

On Aug 28, 2007, Defendant L. Williams And Defendant Ms. Martinez, did, on this day, while Acting Under color of state Law As Cook County Department of Corrections Employees in their individual capacity, did, on this day, conspired to cover up the physical Altercation that took Place with Plaintiff Mr. Michael Young when they Fabricated A disciplinary Report Alleging the Plaintiff Refused to Lock-up in order to give justification to Defendants Mr. Cintron, Mr. Wizon, And Mr. Dominguez And the Emergency Response Team to Beat Plaintiff up and discipline him by giving him 30-days in disciplinary confinement without Any Evidence to support the Finding, in violation of Plaintiff Fourteenth Amendment Right to Procedural Due Process.

VI.  Relief:

Pg. 8 of 9

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demand A Jury Trial

2.) Plaintiff Demand $100,000.00 in punitive damages

3.) Plaintiff Demand $200.00 a day for each day served in Disciplinary Confinement.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __December__, 20 __07__

_Michael Young_
(Signature of plaintiff or plaintiffs)

__MR. Michael Young__
(Print name)

__20070004908__
(I.D. Number)

__Cook County Jail / Division 10__
__2700 S. California Ave., Chicago, Ill. 60608__
(Address)

pg. 9 of 9                          Revised: 7/20/05