# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of:<br>Michael Young v. Lieutenant Marilyn Martinez, et. al., | Case Number: 08 CV 302 |
| | Judge: Kendall |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lieutenant Marilyn Martinez, Lieutenant Richard Dominguez, Officer Danielle Harms and Officer Thomas Cintron,

SIGNATURE  /s/ Michael L. Gallagher ARDC# 6281432

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281432 | TELEPHONE NUMBER<br>(312) 603-3124 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐