**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 302 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| LIEUTENANT MARILYN MARTINEZ et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   Michael Young
         #2007-0004908
         Cook County Jail
         P.O. Box 089002
         Chicago, IL 60608

PLEASE TAKE NOTICE that on **June 8, 2008**, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer to Plaintiff's Complaint.

                              RICHARD A. DEVINE
                              STATE'S ATTORNEY OF COOK COUNTY

                              /s/ Michael L. Gallagher
                              Michael L. Gallagher
                              Assistant States Attorney
                              500 Richard J. Daley Center
                              Chicago, IL 60602
                              (312) 603-3124
                              No. 6284132

**PROOF OF SERVICE**

I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents referenced therein, to the Plaintiff listed above, on June 9, 2008, at or before 5:00 p.m. with proper postage prepaid.

                              /s/ Michael L. Gallagher
                                  Michael L. Gallagher