# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 302 | **DATE** | August 8, 2008 |
| **CASE TITLE** | Michael Young (#2007-0004908) v. L. Williams, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [27] is denied as moot because Plaintiff was granted *in forma pauperis* status on 2/20/08. Plaintiff is granted leave to file his amended complaint [26]. The Clerk is directed to issue summonses to newly-joined defendants Thomas J. Dart, Mr. Loizon, and Mr. A. Villarreal and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order. The Clerk is directed to send a copy of the amended complaint to Michael L. Gallagher, counsel for defendants. Defendant L. Williams is in technical default as he was served on 5/8/08 and has not answered or otherwise pled. Defendant Mr. Wizon is terminated from this action as he is not named in the amended complaint. The Clerk is directed to change the caption of this case to "Young v. Dart."

■ [For further details see text below.]        Docketing to mail notices.

## STATEMENT

     The United States Marshals Service is appointed to serve defendants. Any service forms necessary for plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

     Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the prisoner correspondent. In addition, plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|