

PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

May 15, 2008

Mr. Patrick Driscoll
Chief, Civil Actions Bureau
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

                             RE: <u>Michael Young v. Williams, et al</u>
                                   Case No. 08 CV302   File No. 7386-08

Enclosed please find a copy of the **Summons and Complaint,** regarding the above-captioned matter. Service was received at the CCDOC for Officer Danielle Harms, Lt. Marilyn Martinez, Lt. Richard Dominguez and Officer Thomas Cintron, on May 8, 2008.

Please be advised, service was mistakenly accepted for Officer Lone Williams, who resigned 10/19/07.

Please assign an Assistant State's Attorney to this case, to take the appropriate action. Thank your for your attention and assistance.

                                                         Sincerely,

                                                         Peter M. Kramer
                                                         Assistant General Counsel
                                                         Legal and Labor Affairs Division

                                                         PMK/cbm

Enclosures

cc: Timothy Walsh