UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 302 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| LIEUTENANT MARILYN MARTINEZ et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Michael Young
     #2007-0004908
     Cook County Jail
     P.O. Box 089002
     Chicago, IL 60608

YOU ARE HEREBY NOTIFIED that on August 22, 2008 at 9:00 a.m. or as soon as counsel may be heard, the undersigned will appear before the Honorable Presiding Judge, in the room usually occupied by her in room 2319 of the Dirksen Building, 219 South Dearborn Street Chicago, Illlinois, and then and there present the attached Defendant's Motion vacate the default entered against Defendant Lone Williams.

RICHARD A. DEVINE
STATE'S ATTORNEY OF COOK COUNTY

By:   /s/ Michael L. Gallagher
      Michael L. Gallagher No. 6284132
      Assistant States Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-3124

## PROOF OF SERVICE

I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents referenced therein, to Plaintiff listed above, on August 28, 2008, at or before 5:00 p.m. with proper postage prepaid.

/s/ Michael L. Gallagher
Michael L. Gallagher