**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 302 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| LIEUTENANT MARILYN MARTINEZ et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION SEEKING LEAVE OF COURT TO DEPOSE PLAINTIFF IN ACCORDANCE WITH RULE 30

NOW COMES Defendants, Cook County Sheriff Thomas Dart, Lieutenant Marilyn Martinez, Lieutenant Richard Dominguez, Officer Danielle Harms, Officer Thomas Cintron and Mr. Lone Williams, by their attorney, Richard A. Devine, State's Attorney of Cook County, through his assistant, Michael L. Gallagher, and pursuant to Rule 30 of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. Plaintiff is currently incarcerated in the Cook County Department of Corrections for the charge of Reckless Homicide.

2. Plaintiff filed his Amended Complaint on August 8, 2008, and Defendants filed their answer on September 10, 2008.

3. Plaintiff's motion for appointment of counsel was denied July 11, 2008, and he is proceeding *pro se*.

**WHEREFORE YOUR DEFEDANTS PRAY:**

1. That this Honorable Court grant Defendants leave to depose Plaintiff in accordance with FRCP 30.

2. That this Honorable Court grant any other relief it deems just.

                                                Respectfully Submitted,

By:   /s/ Michael L. Gallagher
       Michael L. Gallagher
       Assistant States Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       (312) 603-3124
       No. 6284132